UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 26-23516-CIV-MORENO**

ELI LILLY AND COMPANY,

      Plaintiff,

vs.

DRUGPLACE, INC (FL), DRUGPLACE, INC
(TN), COMMUNITY HEALTH INITIATIVE,
INC., NAKORN WHOLESALERS, LLC,
GALAXY MED, LLC doing business as
GALAXY PHARMACY, BRIGHTLINE
WHOLESALE LLC, PAUL LEIGHT, KEVIN
SINGER, READUS SMITH, JERRY
MAYNARD SR., JERRY MAYNARD JR.,
MISHA MAYNARD, EDGAR ENRIQUEZ,
LANE MAZEI, DANIELLE GISCOMBE,

      Defendants.

_____/

## ORDER SETTING HEARING

THIS CAUSE came before the Court upon Plaintiff's Amended Expedited Motion for Temporary Restraining Order and Preliminary Injunction. It is

**ADJUDGED** that a status hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **June 9, 2026, at 10:00 A.M.** Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th of May 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2