**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| **ELI LILLY AND COMPANY**, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:26-cv-23516-FAM |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **DRUGPLACE, INC. (FL); DRUGPLACE, INC.** | ) |
| **(TN); COMMUNITY HEALTH INITIATIVE,** | ) |
| **INC.; NAKORN WHOLESALERS, LLC;** | ) |
| **GALAXY MED, LLC D/B/A GALAXY** | ) |
| **PHARMACY; BRIGHTLINE WHOLESALE** | ) |
| **LLC; PAUL LEIGHT; KEVIN SINGER;** | ) |
| **READUS SMITH; JERRY MAYNARD SR.;** | ) |
| **JERRY MAYNARD JR.; MISHA MAYNARD;** | ) |
| **EDGAR ENRIQUEZ; LANE MAZEI; and** | ) |
| **DANIELLE GISCOMBE,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Henry Leventis of the law firm of Holland & Knight, LLC, 150 Third Avenue S, Ste. 2800, Nashville, TN 37201, 615-850-6110 for purposes of appearance as co-counsel on behalf of Jerry Maynard, Jr. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Henry Leventis to receive electronic filings in this case, and in support thereof states as follows:

1.      Henry Leventis is not admitted to practice in the Southern District of Florida and is a member in good standing of the State of Tennessee.

2.      Movant, Wifredo Ferrer Esquire, of the law firm of Holland & Knight, LLP, 701 Brickell Avenue, Suite 3300, Miami, FL 33131 305-789-7780, Wifredo.ferrer@hklaw.com is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Henry Leventis has made payment of this Court's $250.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Henry Leventis, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Henry Leventis at email address: henry.leventis@hklaw.com.

WHEREFORE, Wifredo Ferrer moves this Court to enter an Order granting Henry Leventis to appear before this Court on behalf of Jerry Maynard, Jr., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Henry Leventis.

Date: June 24, 2026                                        Respectfully submitted

                                                           HOLLAND & KNIGHT LLP

                              By:      */s/Wifredo A. Ferrer*_____
                                       Wifredo A. Ferrer
                                       Florida Bar No. 0887005
                                       701 Brickell Avenue
                                       Suite 3300
                                       Miami, Florida 33131

(305) 374-8500 (telephone)
(305) 789-7799 (facsimile)
Wifredo.ferrer@hklaw.com
*Attorneys for Jerry Maynard, Jr.*