**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

FILED BY MCO D.C.

JUL 01 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | | |
|---|---|---|
| **ELI LILLY AND COMPANY,** | § | |
| **Plaintiff** | | |
| | | |
| **VS.** | § | Civil Action No. 1:26-cv-23516-FAM (EFD) |
| | | |
| **DRUGPLACE, INC. (FL), et al.,** | | |
| **Defendants** | § | |

### RESPONSE OF FIRST NATIONAL BANK OF EAST TEXAS AT 206 US HWY 271 N, GILMER, TX 75644, TO THE SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION FILED ON OR ABOUT JUNE 15, 2026

TO THE HONORABLE JUDGE OF SAID COURT AND FOR THE SOUTHERN DISTRICT OF FLORIDA:

COMES NOW First National Bank of East Texas, f.k.a. First National Bank of Gilmer, Texas, with an address of 206 U.S. Hwy 271 North, Gilmer, Upshur County, Texas 75644, which by and through its Attorney of record, Dwight A. Brannon, would make the following response to the referenced subpoenas and the related expedited discovery requests of even or near even date by Patterson Belknap Webb & Tyler, LLP representing the Plaintiff, and the related order granting the joint motion for preliminary injunction. In support of this response said attorney and Bank would respectfully show the Court the following:

I.

The Bank received this information at 11:00 a.m. on Tuesday, June 16, 2026, central daylight savings time. The First National Bank of East Texas has through one of its operation analysts and its deposit services double-checked its records and has no record of any of the named parties in the Plaintiff's pleadings who are alleged Defendants.

1

None of them have knowingly conducted any business with said Bank and the Bank has no information or accounts or any other records for any of them, especially for the period beginning January 1, 2019 through the present date, June 18, 2026.

II.

The Attorney requests that the Clerk accept and approve this filing for only this Response for First National Bank of East Texas "pro hac vice" because the undersigned Attorney is only admitted to the Eastern District of Texas in the United States District Court system.

III.

Since said Bank has no information whatsoever on DrugPlace, Inc. (FL), DrugPlace, Inc. (TN); Community Health Initiative, Inc.; Nakorn Wholesalers, LLC; Galaxy Med, LLC d/b/a Galaxy Pharmacy; Brightline Wholesale, LLC; Kevin Singer; Paul Leight; Readus Smith; Jerry Maynard, Sr.; Jerry Maynard, Jr.; Misha Maynard; Edgar Enriquez; Lane Mazei; or Danielle Giscombe, said Bank respectfully requests that it may no longer be required to deliver such information it does not have.

Respectfully Submitted,

By: _____

Dwight A. Brannon
Attorney At Law
P. O. Box 670
Gilmer, Texas 75644
(903) 843-2523 Telephone
(903) 843-6014 Facsimile
TSB# 02894500
ATTORNEY FOR FIRST NATIONAL
BANK OF EAST TEXAS

2

## <u>VERIFICATION</u>

THAT STATE OF TEXAS  §

COUNTY OF UPSHUR     §

BEFORE ME, the undersigned authority on this date personally appeared Mr. Kyle Bowden, who after being placed under oath stated: That I, Mr. Kyle Bowden, am the Vice President of First National Bank of East Texas. I have read the foregoing Response and the facts set forth therein are within my personal knowledge and are true and correct. Further, I have reviewed the applicable account and loan records kept and maintained as part of the business records of First National Bank of East Texas and same are true and correct and the entries were made by bank personnel who had knowledge of the records at or near the time when made.

Kyle Bowden, as Vice President of
First National Bank of East Texas

SUBSCRIBED, SWORN AND ACKNOWLEDGED TO BEFORE ME on this the 18ᵗʰ day of ___June___, 2026, by Mr. Kyle Bowden as Vice President of First National Bank of East Texas and in the capacity so stated to certify which witness my hand and official seal.



KELSEY LEONARD
Notary Public, State of Texas
Comm. Expires 4/30/2029
Notary ID 130740126

Notary Public, State of Texas
My Commission Expires: 4/30/2029

3

## CERTIFICATE OF SERVICE

I certify that on the __15th__ day of ___June___, 2026 a true and correct copy of the above response was sent via U.S. Regular Mail to Erika K. Birk, Attorney for Plaintiff, c/o Patterson Belknap Webb & Tyler LLP, at 1133 Avenue of the Americas, New York, NY 10036.

Dwight A. Brannon
Attorney at Law

4

# DWIGHT A. BRANNON
## ATTORNEY AT LAW
Hollie G. McClain Law Building
P. O. Box 670
Gilmer, Texas 75644

Location Address:                                    Telephone: (903) 843-2523
210 N. Titus Street                                          Fax: (903) 843-6014
Gilmer, Texas 75644

June 18, 2026

Honorable Angela E. Noble
Clerk of the Court/Court Administrator
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

RE:   United States District Court for the Southern District of Florida, Miami Division;
      Eli Lily and Company v. DrugPlace, Inc. (FL), et al., Civil Action No. 1:26-cv-23516-
      FAM (EFD);

Dear Ms. Noble:

Enclosed herewith please find the Response by my client, First National Bank of East Texas, for the Subpoena dated June 15, 2026 for the above numbered and entitled case, and a photocopy of same. Please file this Response in the above numbered and entitled case and then return the file-marked copy to my office in the included self-addressed stamped envelope.

Thank you for your attention in this matter. If you have any further questions please advise.

Yours Respectfully,

Dwight A. Brannon

DAB/krl
encl.



Dwight A. Brannon
Attorney at Law
P.O. Box 670
Gilmer, Texas 75644

Honorable Angela E. Noble
Clerk of the Court/Court Administrator
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 N. Miami Ave., Room 8N09
Miami, FL 33128