**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELI LILLY AND COMPANY,

     Plaintiff,

v.                                                                CASE NO.: 1:26-cv-23516-FAM

DRUGPLACE, INC. (FL); DRUGPLACE,
INC.(TN); COMMUNITY HEALTH
INITIATIVE, INC.; NAKORN WHOLESALERS
LLC; GALAXY MED, LLC d/b/a GALAXY
PHARMACY; BRIGHTLINE WHOLESALE
LLC; KEVIN SINGER; PAUL LEIGHT;
READUS SMITH; JERRY MAYNARD SR.;
JERRY MAYNARD JR.; MISHA MAYNARD;
EDGAR ENRIQUEZ; LANE MAZEI;
DANIELLE GISCOMBE

     Defendants.

                                  /

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendants Galaxy Med, LLC d/b/a Galaxy Pharmacy, Brightline Wholesale LCC, Readus Smith, Lane Mazei, and Danielle Giscombe ("Defendants") move, unopposed, to substitute counsel and show as follows.

Above-named Defendants desire that David Shankman of Dinsmore Shohl, LLP and, upon approval of their respective Motions *Pro Hac Vice*, attorneys J. Nicholas Bunch, Carrington M. Giammittorio, and Samara Taper of Haynes and Boone, LLP (collectively "Substituting Counsel"), be substituted for Henry H. Bolz, IV, Adrienne Frazior, and Andrew Ennis of Polsinelli PC as counsel for above-named Defendants in this action. Likewise, Henry H. Bolz, IV, Adrienne Frazior, and Andrew Ennis request the Court to allow them and their firm, Polsinelli PC, to withdraw as counsel for the above-named Defendants and discharge them as their counsel of record in this action.

Substituting Counsel have already filed their appearances in this action and are prepared to proceed with the defense upon approval of their respective Motions *Pro Hac Vice*. This substitution is sought for Defendants' benefit, is made voluntarily and represents their request for representation by their counsel of choice. The request for substitution and withdrawal of Polsinelli PC as counsel for Galaxy Med, LLC d/b/a Galaxy Pharmacy, Brightline Wholesale LCC, Readus Smith, Lane Mazei, and Danielle Giscombe is sought for good cause. It is not sought for delay or any improper purposes. The new and undersigned outgoing counsel are coordinating for a prompt transition.

## CONCLUSION

For the foregoing reasons, Defendants Galaxy Med, LLC d/b/a Galaxy Pharmacy, Brightline Wholesale LCC, Readus Smith, Lane Mazei, and Danielle Giscombe pray that David Shankman of Dinsmore Shohl, LLP and J. Nicholas Bunch, Carrington M. Giammittorio, and Samara Taper of Haynes and Boone, LLP be substituted as their counsel of record and that Henry H. Bolz, IV, Adrienne Frazior, and Andrew Ennis of Polsinelli PC be granted leave to withdraw from such representation.

Date: July 13, 2026                                    Respectfully submitted,

POLSINELLI PC                                          DINSMORE SHOHL, LLP

*/s/ Henry H. Bolz, IV*                                */s/ David S. Shankman*
**Henry H. Bolz, IV**                                  **David S. Shankman, Esq.**
Florida Bar No. 43350                                  Florida Bar No. 940186
315 S. Biscayne Blvd., Suite 400                       David.Shankman@dinsmore.com
Miami, Florida 33131                                   201 N. Franklin Street, Suite 3050
Telephone: (305) 921-1811                              Tampa, Florida 33602
hbolz@polsinelli.com                                   Telephone (813) 543-9848
FLdocketing@polsinelli.com                             Facsimile (813) 543-9849

- and –

**Adrienne Frazior\***
(\*admitted pro hac vice)
POLSINELLI PC
4020 Maple Ave., Suite 300
Dallas, Texas 75219
afrazior@polsinelli.com
Telephone: (214) 661-5596

- and –

**Andrew Ennis\***
(\*admitted pro hac vice)
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
aennis@polsinelli.com
Telephone: (816) 753-1000

- and –

**J. Nicholas Bunch\***
(*\*pro hac vice pending*)
Nick.Bunch@haynesboone.com
**Carrington M. Giammittorio\***
(*\*pro hac vice pending*)
Carrington.Giammittorio@haynesboone.com
**Samara Taper\***
(*\*pro hac vice pending*)
Samara.Taper@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood St., Suite 2300
Dallas, Texas 75201
Telephone (214) 651-5000
Facsimile (214) 651-5940

*Attorneys for Defendants, Galaxy Med, LLC*
*d/b/a Galaxy Pharmacy, Brightline Wholesale LLC*
*Readus Smith, Lane Mazei and Danielle Giscombe*

3

## **LOCAL RULE 3.01(g) CERTIFICATE**

The undersigned certifies that he has conferred with Plaintiff's counsel of record regarding the relief requested herein, and that Plaintiff does not oppose the requested relief.

/s/ *David S. Shankman*
David Shankman

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed with the clerk of court and has been served upon all counsel of record on July 13, 2026 via the Court's CM/ECF system.

*/s/ David S. Shankman*
*Attorney*