# Exhibit E -
## July 7, 2026 Email from Lilly's Counsel

| | |
|---|---|
| **From:** | Birk, Erika K. (x2640) <EBirk@pbwt.com> |
| **Sent:** | Tuesday, July 7, 2026 6:30 PM |
| **To:** | Henry Bolz; Adrienne Frazior; Andrew Ennis; Andrew.solinger@hklaw.com; wifredo.ferrer@hklaw.com; ross.hildabrand@hklaw.com; henry.leventis@hklaw.com; ~rschurin@sternschurin.com; ~sstern@sternschurin.com; Jason@hollemangroup.com; Nick.Bunch@haynesboone.com; Carrington.Giammittorio@haynesboone.com |
| **Cc:** | _cg Drug Place Fraud; JShapiro_stearnsweaver.com; Ryan Wolis; Veronica de Zayas; Marilyn Figueras |
| **Subject:** | Eli Lilly and Company v. DrugPlace et al - Third Party Subpoenas |

**EXTERNAL EMAIL**   **ebirk@pbwt.com**



## This message needs your attention

- No employee in your company has ever replied to

Counsel,

Included at the below link are copies of each non-party subpoena, including all attachments and document requests, served by Eli Lilly and Company to date.  Please note that for the third party bank subpoenas, the attachments and document requests that accompanied each subpoena are identical, and we have thus provided only one copy of those identical documents.

https://pbwt.box.com/s/q00kmny12r9yzd5bej4avwp64qaj9b1r

The password to access the documents will follow under separate cover.

**Erika K. Birk**
Associate
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212 336 2640
ebirk@pbwt.com | www.pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.