# Exhibit F - Schedule A

## SCHEDULE A

## Documents Requested

1.      A list identifying all accounts, whether active or closed, that each Defendant owns, holds, controls, is a beneficiary of, or has signatory authority for.  For reach responsive account, provide the account number, account type, and the names of all account holders, signatories, and beneficiaries.

2.      For each account identified in response to Request No. 1:

      a.      Documents sufficient to show the account number and account type;

      b.      Documents sufficient to show the names of all account holders, signatories, and beneficiaries;

      c.      All account statements;

      d.      Documents sufficient to show the current account balance;

      e.      Documents sufficient to show all transactions to or from the account, including the date, amount, and method of each transaction;

      f.      Copies of all wire transfers, including all wire transfer detail and ACH payment detail;

      g.      The front and back of all checks deposited into or drawn out of the account(s);

      h.      All signature cards, account opening documents, and account closing documents; and

      i.      All documents or documents sufficient to show all telephone numbers and email addresses associated with all accounts, including all telephone numbers used for two-factor authentication.

3. For each transaction to or from an account identified in response to Request No. 1, documents sufficient to show:

    a. The amount and date of each transaction;

    b. The name and address of the originator or sender of funds;

    c. The name and address of the recipient or beneficiary of funds;

    d. The originator's account number and the name and address of the originator's bank; and

    e. The recipient's account number and the name and address of the recipient's bank.

4. For each account identified in response to Request No. 1 that is **accessed online**, documents sufficient to show:

    a. IP login information for each instance the responsive accounts were accessed online;

    b. Unique device IDs assigned to devices for accessing the accounts, including those devices used for obtaining two-factor authentication; and

    c. Names, account numbers, and account holder addresses for any and all other accounts accessed by the same IP addresses or device IDs identified in (a)-(b), above.

5. For each account identified in response to Request No. 1 that is **accessed by phone**:

    a. A log that includes telephone numbers of callers that accessed the account by telephone;

2

b.    For each telephone number identified in response to (a), the names,

account numbers, and account holder addresses for any and all other

accounts accessed by the identified telephone numbers.

**Definitions and Instructions**

1.    Unless otherwise specified, the relevant time period for each request is January 1,

2019, to the present.

2.    Defendants are Drugplace, Inc. (FL), DrugPlace, Inc. (TN), Community Health

Initiative, Inc., Nakorn Wholesalers, LLC, Galaxy Med, LLC d/b/a Galaxy Pharmacy, Brightline

Wholesale LLC, Paul Leight, Kevin Singer, Readus Smith, Jerry Maynard Sr., Jerry Maynard Jr.,

Misha Maynard, Edgar Enriquez, Lane Mazei, and Danielle Giscombe.

3.    For information purposes and to assist in your production of documents, we have

provided the last known primary address(es) and/or personal information of each individual and

entity listed herein.  This information is provided to assist you in the search for and production of

responsive documents.

a.    DrugPlace, Inc. (FL)
Address: 3900 SW Avenue, Fort Lauderdale, FL 33312
EIN: ▮▮▮▮▮▮

b.    DrugPlace, Inc. (TN)
Address: 617 Airpark Center Drive, Nashville, TN 37217
3900 SW Avenue, Fort Lauderdale, FL 33312
EIN: ▮▮▮▮▮▮

c.    Community Health Initiative, Inc.
Address: 617 Airpark Center Drive, Nashville, TN 37217

d.    Nakorn Wholesalers, LLC
Address: 1400 Donelson Pike, Suite A16, Nashville, TN 37217
3900 SW 30th Avenue, Fort Lauderdale, FL 33312

3

e. Galaxy Med, LLC d/b/a Galaxy Pharmacy
Address: 6655 Travis Street, Suite 120, Houston, TX 77030
1930 Harrison Street, Suite 605, Hollywood, FL 33020
6655 Travis Street, Suite 120, Houston, TX 77030
TIN: 32043867111

f. Brightline Wholesale LLC
Address: 1224 N Post Oak Road, Suite 130, Houston TX 77055
3900 SW 30th Avenue, Fort Lauderdale, FL 33312
4447 NW 82nd Avenue, Coral Springs, FL, 33065
106 S. Federal Highway, Apt. 349, Fort Lauderdale, FL 33301
EIN:

g. Paul Leight
Address: 19955 NE 38th Court, #2703, Aventura, FL 33180
DOB:
SSN:

h. Kevin Singer
Address: 3901 SW 54 Court, Dania Beach, FL 33312
DOB:
SSN:

i. Readus Smith
Address: 5911 Brush Hollow Road, Jacksonville, FL 32258
4300 Clarksville Pike, Nashville, TN, 37218
DOB:
SSN:

j. Jerry Maynard Sr.
Address: 400 Warioto Way, #1003, Ashland City, TN 37015
DOB:
SSN:

k. Jerry Maynard Jr.
Address: 3308 Trevor Street, Unit 2, Nashville, TN 37209
DOB:
SSN:

l. Misha Maynard
Address: 480 Roberts Road, Watertown, TN 37184
DOB:
SSN:

4

m. Edgar Enriquez
Address: 4129 Maximillion Circle, Murfreesboro, TN 37128
DOB: ▮▮▮▮
SSN: ▮▮▮▮

n. Lane Mazei
Address: 106 S. Federal Highway, Apt. 349, Fort Lauderdale, FL 33301
4447 NW 82nd Avenue, Coral Springs, FL, 33065
DOB: ▮▮▮▮
SSN: ▮▮▮▮

o. Danielle Giscombe
Address: 9855 Clanton Pines Drive, Humble, TX 77396
DOB: ▮▮▮▮
SSN: ▮▮▮▮

4. **Out-of-State Enforceability**: Please note that the enclosed subpoena and expedited discovery order are issued pursuant to the powers of the Federal District Court for the Southern District of Florida. Because they are issued by a federal court, they need not be domesticated in any state to be enforceable. See Fed. R. Civ. P. 45(b)(2).

5. **Format**: In the event the requested information can be provided in an Excel spreadsheet, that is preferable. It is critical that your production include all wire transfer detail, ACH payment detail, and images of both the front and back of all checks.

6. "You" or "Your" means the entity to which this has been addressed and each of its current or former principals, officers, directors, agents, servants, employees, attorneys, accountants, corporate parents, subsidiaries, predecessors, and successors or other persons acting on their behalf.

7. Pursuant to Federal Rule of Civil Procedure 34(b), You shall produce responsive documents as they have been kept in the usual course of business or shall organize and label them to correspond to the enumerated requests of this demand. If You have no documents responsive to a particular category, You shall so state in writing.

5

8.      These document requests are intended to cover all documents and things in Your charge or possession as well as those subject to Your custody or control, whether in Your possession, at the office of Your attorneys, or at any other place or in the possession of any other person or entity subject to Your control, including emails and other information stored on web-based servers such as Yahoo.com or Gmail.com.

9.      You shall take immediate steps to preserve all documents responsive to these requests, including electronic data that may exist on backup and/or other archived electronic computerized data compilations.  These measures must include, but are not limited to, discontinuation of all data destruction and backup tape recycling policies applicable to such documents.