# Exhibit H -
# July 24, 2026 Email from Lilly's Counsel

## Dayna Staron

| | |
|---|---|
| **From:** | Birk, Erika K. (x2640) <EBirk@pbwt.com> |
| **Sent:** | Friday, July 24, 2026 4:08 PM |
| **To:** | Henry Bolz; Adrienne Frazior; Andrew Ennis; ~rschurin@sternschurin.com; ~sstern@sternschurin.com; nick.bunch@haynesboone.com; Carrington.Giammittorio@haynesboone.com; Samara.Taper@haynesboone.com; David.Shankman@dinsmore.com; Andrew.solinger@hklaw.com; wifredo.ferrer@hklaw.com; henry.leventis@hklaw.com; ross.hildabrand@hklaw.com; jason@hollemanlaw.com; Jessica.Sievert@hklaw.com; ~Henry.Moreno@hklaw.com; Dayna Staron; Katie Graham |
| **Cc:** | _cg Drug Place Fraud; JShapiro_stearnsweaver.com; Veronica de Zayas; Ryan Wolis; Marilyn Figueras |
| **Subject:** | Eli Lilly and Company v. DrugPlace et al - Third Party Productions and Subpoenas |
| **Attachments:** | Subpoena Packet to Bessemer Trust Company of Florida.pdf; Wells Fargo Bank_National Association - Subpoena.pdf |

**EXTERNAL EMAIL**   **ebirk@pbwt.com**



Counsel,

Included at the below link are copies of third-party productions we have received and processed.  We will continue to share the third-party productions we receive on a rolling basis.

https://pbwt.box.com/s/2d0dstem6z10qmbmmlzt8r3gktvj1xpq

The password will follow under separate cover.  As a reminder, the link will expire after 7 days, so please promptly access and download the files.

Additionally, please see attached the reissued subpoena to Bessemer Trust Company of Florida and the complete Wells Fargo subpoena, which were inadvertently omitted from Lilly's July 7 and July 14 productions, respectively.

**Erika K. Birk**
Associate
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY  10036
T: 212 336 2640
ebirk@pbwt.com | www.pbwt.com

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise

1

immediately if you or your employer do not consent to receiving email messages of this kind.