## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DRUGPLACE, INC. (FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS, LLC; GALAXY MED, LLC d/b/a GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; PAUL LEIGHT; KEVIN SINGER; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; DANIELLE GISCOMBE,<br><br>Defendants. | Case No.: 1:26-cv-23516-FAM (EFD) |

## PLAINTIFF ELI LILLY AND COMPANY'S
## NOTICE OF RELATED DISCOVERY MOTION AND INTENT TO OPPOSE
## MOTION FOR PROTECTIVE ORDER

Plaintiff Eli Lilly and Company ("Lilly") respectfully files this notice to inform the Court of a pending Motion to Quash filed in the Southern District of New York, Case No. 1:26-mc-00362-RA-GWG, that is related to the Motion for Protective Order filed in this Court by certain Defendants ("Movants") on July 31, 2026 (Dkt. No. 103) ("Protective Order Motion"), and of Lilly's intent to file an opposition to the Protective Order Motion.

Although Movants' Protective Order Motion barely mentions it, Movants have raised essentially the same arguments, and seek overlapping relief, in a pending Motion to Quash they filed on July 21, 2026 in the Southern District of New York to quash subpoenas Lilly served on certain financial institutions. *See* Case No. 21-mc-00362-RA-GWG, Dkt. No. 1. The Motion to Quash is scheduled to be fully briefed by August 6.

Movants also fail to mention that Lilly has already filed an Opposition to the Motion to Quash. *See* Ex. A. Lilly's Opposition responds to, and fully debunks, Movants' arguments for blocking discovery into Movants' financial records from third-party banks—the same arguments that Movants repurpose in their Protective Order Motion. Lilly's Opposition describes the powerful evidence of fraud Lilly has already amassed regarding Movants' operations, as well as the pathways through which the fraud proceeds flowed among the Movants, as Movants' bank records have illuminated. For example, contrary to DrugPlace's representations that it filled hundreds of thousands of Trulicity prescriptions, DrugPlace's pharmacist-in-charge confirmed under oath ██████████████████████████████████████████████. Moreover, the bank records Lilly has received through subpoenas confirm the massive scale of Movants' fraud. Not only did Movants defraud Lilly out of more than $200 million based on false rebate claims, they have also defrauded numerous other pharmaceutical companies. All told, their scheme involved more than ***four billion dollars'*** worth of prescription medication. And ████

2

████████████████████████████████████████████████████████

████████████, after being cycled through several different accounts to obscure their source.  This critical evidence has surfaced because of the bank subpoenas Lilly served.

As these facts have emerged, Movants have resorted to extreme measures to obstruct further discovery.  Their Motion to Quash—and now, the Protective Order Motion just filed with this Court—are the latest steps in that campaign.

To ensure the Court has a complete record when considering the Protective Order Motion, Lilly has attached its Opposition to the Motion to Quash and supporting papers as Exhibits A (Memorandum), B (Declaration in Support) and C (Compilation of Exhibits) hereto.  Because Movants designated certain information in these papers as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Protective Order, Lilly is also filing a motion to seal here to accompany this Notice.

Finally, Lilly wishes to notify the Court that it intends to file an opposition in response to Movants' Protective Order Motion.  Lilly is prepared to file its opposition within the default 14-day timeline prescribed by the Federal Rules of Civil Procedure (i.e., by August 14), or alternatively, pursuant to any other briefing schedule that the Court deems appropriate.

DATED:     Miami, Florida
           August 3, 2026

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON

*/s/ Jay Brian Shapiro*
Jay Brian Shapiro (FBN 776361)
jshapiro@stearnsweaver.com
Veronica L. de Zayas, Esq. (FBN 91284)
vdezayas@stearnsweaver.com
Ryan M. Wolis, Esq. (FBN 1019034)
rwolis@stearnsweaver.com
Museum Tower
150 W. Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 789-3229
Fax: (305) 789-3395

PATTERSON BELKNAP WEBB & TYLER
LLP

*/s/ Geoffrey Potter*
Geoffrey Potter (Admitted PHV)
Aron Fischer (Admitted PHV)
Joshua Kipnees (Admitted PHV)
gpotter@pbwt.com
afischer@pbwt.com
jkipnees@pbwt.com
1133 Avenue of the Americas
New York, NY 10036
Tel: 212-336-2000
Fax: 212-336-2222

*Attorneys for Plaintiff Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was filed electronically via CM/ECF on August 3, 2026 and that the document is being served via transmission of Notice of Electronic Filing generated by the CM/ECF system on all counsel and parties registered to receive notices via CM/ECF.  I further certify Defendant Misha Maynard is being served via email, through her counsel Jason Holleman Esq., at Jason@hollemangroup.com.

*/s/ Jay B. Shapiro*