# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DRUGPLACE, INC. (FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS, LLC; GALAXY MED, LLC d/b/a GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; PAUL LEIGHT; KEVIN SINGER; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; EDGAR ENRIQUEZ; LANE MAZEI; DANIELLE GISCOMBE,

Movants,

v.

ELI LILLY AND COMPANY,

Respondent.

Case No.: 1:26-mc-362

**DECLARATION OF GEOFFREY POTTER**

I, Geoffrey Potter, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for Respondent Eli Lilly and Company ("Lilly"). I respectfully submit this declaration in support of Lilly's Opposition to Movants' Motion to Quash.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the May 26, 2026 Declaration of Reverend Samuel Rodriguez, President of the Natonal Hispanic Christian Leadership Conference, filed in the underlying action, *Eli Lilly and Company v. DrugPlace, Inc., et al.*, Civ. A. No. 26-23516 (S.D. Fla.) ("Underlying Action") as ECF Number 44-1.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the July 10, 2026 deposition of Alison Supko, DrugPlace, Inc.'s former pharmacist-in-chief.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Defendants' Memorandum of Law in Opposition to Plaintiff's Expedited Motion for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery, filed as ECF Number 64 in the Underlying Action.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Order Granting Stipulation and Joint Motion for Preliminary Injunction as to the DrugPlace Defendants, filed as ECF Number 72 in the Underlying Action.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Plaintiff's Expedited Motion for a Temporary Restraining Order and Preliminary Injunction, Expedited Discovery Order, and HIPAA Protective and Confidentiality Order and Incorporated Memorandum of Law, filed as ECF Number 31 in the Underlying Action.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Proposed Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction, filed as ECF Number 31-1 in the Underlying Action.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the June 5, 2026 Declaration of Kevin Singer, filed as ECF Number 64-2 in the Underlying Action.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the June 5, 2026 Declaration of Lane Mazei, filed as ECF Number 64-3 in the Underlying Action.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the July 7, 2026 paperless order granting Defendants' Motion to Clarify Order Granting Stipulation and Joint Motion for Preliminary Injunction as to Non-Party Subpoenas, filed as ECF Number 83 in the Underlying Action.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Lilly's July 17, 2026 Response to Defendants' Motion to Clarify, filed as ECF Number 91 in the Underlying Action.

12. Attached hereto as **Exhibit 11** is the July 17, 2026 correspondence between counsel for Lilly and Defendants regarding third party subpoenas.

13. Attached hereto as **Exhibit 12** is the December 2024 United Community Bank Statement for the DrugPlace Inc account ending in -2297 produced to Lilly in the Underlying Action.

14. Attached hereto as **Exhibit 13** are the December 2024 and January 2025 United Community Bank Statement for Kevin Singer's account ending in -4262 produced to Lilly in the Underlying Action.

15. Attached hereto as **Exhibit 14** are the December 2024 and January 2025 United Community Bank Statement for Kevin Singer's account ending in -1683 produced to Lilly in the Underlying Action.

16. Attached hereto as **Exhibit 15** is the April 2023 United Community Bank Statement for Kevin Singer's account ending in -2297 produced to Lilly in the Underlying Action.

17. Attached hereto as **Exhibit 16** is the April 2023 United Community Bank Statement for Paul Leight's account ending in -4199 produced to Lilly in the Underlying Action.

18. Attached hereto as **Exhibit 17** is the May 2023 United Community Bank Statement for Paul Leight's account ending in -6699 produced to Lilly in the Underlying Action.

19. Attached hereto as **Exhibit 18** are Defendant DrugPlace (TN)'s Responses and Objections to Lilly's First Set of Interrogatories.

20. Attached hereto as **Exhibit 19** is the June 17, 2026 correspondence between counsel for Lilly and Defendants regarding third party subpoenas.

21. Many of the banks Lilly subpoenaed requested that Lilly reimburse their fees for complying with the subpoena. Lilly has, or is in the process of, paying these fees for all banks that have requested them.

22. Attached hereto as **Exhibit 20** are two sample receipts for Lilly's reimbursement of subpoenaed banks' fees for complying with the subpoenas.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the HIPAA Protective and Confidentiality Order filed in the Underlying Action as ECF Number 70.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: July 28, 2026
New York, NY

Geoffrey Potter

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing on all counsel of record through the CM/ECF system.

*/s/ Geoffrey Potter*
Geoffrey Potter, Esq.