**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DRUGPLACE, INC.(FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS LLC; GALAXY MED, LLC d/b/a GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; KEVIN SINGER; PAUL LEIGHT; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; DANIELLE GISCOMBE,<br><br>Defendants. | Civil Action No. 1:26-CV-23516-FAM |

## PLAINTIFF'S MOTION TO SEAL

Pursuant to Local Rule 5.4 and the Protective Order entered in this case (Dkt. No. 70), Plaintiff Eli Lilly and Company ("Lilly") respectfully moves this Court for an order permitting Lilly to file its Notice of Related Discovery Motion ("Notice")[1] with partial redactions, and to seal Exhibits A and C attached to the Notice.

## ARGUMENT

Lilly seeks leave to seal Exhibits A and C filed in connection with its Notice (together, the "Proposed Sealed Material"), which contain information that Movants have designated as confidential under the Protective Order. *See* Dkt. No. 70 at paragraph 1(a).

Specifically, the Notice attaches Lilly's Memorandum in Opposition to Movants' Motion to Quash, which was filed with redactions and with a sealed Appendix in the related action in the

---

[1] *See* Plaintiff Eli Lilly and Company's Notice of Related Discovery Motion and Intent to Oppose Motion for Protective Order (Dkt. 104).

Southern District of New York ("SDNY"). (*See* Exhibit A.) It also attaches the compilation of Exhibits filed in connection with that Opposition, including certain exhibits (SDNY Exhibits 2 & 12-17) that were filed under seal in that case. (*See* Exhibit C.) SDNY Exhibits 2 & 12-17 contain a deposition transcript and financial information that Movants designated as Confidential or Highly Confidential-Attorneys' Eyes Only pursuant to the Protective Order. The Notice references the substance of Exhibits A and C, and as such contains a limited redaction.

Although Lilly does not believe Movants' privacy interests (if any) in the subject testimony or bank records overcome the presumption of public access to judicial documents, *see, e.g., United States v. Miller*, 425 U.S. 435, 440–41 (1976); *Newman v. Graddick*, 696 F.2d 796, 803 (11th Cir.1983), Movants' assertions of confidentiality require Lilly to seek to seal these materials in accordance with the Protective Order entered in this action. *See* Dkt. No. 70 at paragraph 5(a) (requiring counsel for the receiving party to use reasonable efforts to limit the disclosure of Confidential Information to the minimum number of persons eligible to receive such information).

## CONCLUSION

For the foregoing reason, Lilly respectfully requests that the Court enter an order permitting Lilly to file under seal the Proposed Sealed Material. Lilly further requests that the Court permit redacted versions of the Notice and Exhibit A to be filed on the public docket.

DATED: Miami, Florida
August 3, 2026

Respectfully submitted,

**STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.**

*/s/ Jay B. Shapiro*
Jay B. Shapiro (FBN 776361)
Email: jshapiro@stearnsweaver.com
Veronica L. de Zayas, Esq. (FBN 91284)
Email: vdezayas@stearnsweaver.com
Ryan M. Wolis, Esq. (FBN 1019034)
Email: rwolis@stearnsweaver.com

2

150 W. Flagler Street, Suite 2200
Miami, FL 33130
Tel: (305) 789-3229
Fax: (305) 789-3395


**PATTERSON BELKNAP WEBB & TYLER LLP**

*/s/ Geoffrey Potter*
Geoffrey Potter, Esq. (Admitted *PHV*)
Email:  gpotter@pbwt.com
Aron Fischer, Esq. (Admitted *PHV*)
Email:  afischer@pbwt.com
Joshua Kipnees, Esq. (Admitted *PHV*)
Email:  jkipnees@pbwt.com
1133 Avenue of the Americas, New York, NY 10036
Telephone: 212-336-2000

*Attorneys for Plaintiff Eli Lilly and Company*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was filed electronically via CM/ECF on August 3, 2026 and that the document is being served via transmission of Notice of Electronic Filing generated by the CM/ECF system on all counsel and parties registered to receive notices via CM/ECF.


*/s/ Jay B. Shapiro*
Jay B. Shapiro, Esq.

3