## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

ELI LILLY AND COMPANY,

        Plaintiff,

v.

DRUGPLACE, INC. (FL); DRUGPLACE, INC.
(TN); COMMUNITY HEALTH INITIATIVE,
INC.; NAKORN WHOLESALERS, LLC;
GALAXY MED, LLC D/B/A GALAXY
PHARMACY; BRIGHTLINE WHOLESALE
LLC; PAUL LEIGHT; KEVIN SINGER;
READUS SMITH; JERRY MAYNARD SR.;
JERRY MAYNARD JR.; MISHA MAYNARD;
EDGAR ENRIQUEZ; LANE MAZEI; and
DANIELLE GISCOMBE,

        Defendants.

Case No. 1:26-CV-23516-FAM

### DEFENDANTS DRUGPLACE, INC. (FL), DRUGPLACE, INC. (TN), COMMUNITY HEALTH INITIATIVE, INC., NAKORN WHOLESALERS, LLC, KEVIN SINGER, AND PAUL LEIGHT'S MOTION TO EXCEED THE PAGE LIMIT

Defendants DrugPlace, Inc. (FL), DrugPlace, Inc. (TN), Community Health Initiative, Inc., Nakorn Wholesalers LLC, Kevin Singer, and Paul Leight ("Defendants"), by and through their undersigned counsel and pursuant to S.D. Fla. Local Rule 7.1(c)(2), move the Court for the entry of an Order permitting Defendants to exceed the page limit for their joint motion to dismiss Plaintiff Eli Lilly and Company's ("Lilly") complaint by ten (10) pages, and state as follows:

1.      Local Rule 7.1(c)(2) limits motions with supporting memoranda to twenty (20) pages.

2.      Defendants seek leave to exceed the page limit by ten (10) pages due to the complexity of allegations in Lilly's Complaint and Defendants' intention to jointly file one motion to dismiss on behalf of all above-named Defendants on August 7, 2026.

177525191.1

3.    Rather than filing separate motions to dismiss for each Defendant, which could include up to 120 pages of filings, Defendants seek a much more efficient joint motion to dismiss but request ten (10) additional pages to adequately address all issues relevant to the six (6) separate Defendants.

4.    Pursuant to Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Lilly on August 4, 2026. Despite Defendants' good faith proposal to submit one 30-page joint motion as opposed to six separate 20-page motions, Lilly's counsel would not agree to the 10-page extension and instead indicated that "Lilly takes no position on the request for additional pages."

5.    Consequently, Defendants request permission to exceed the page limit on their Joint Motion to Dismiss Lilly's Complaint by an additional ten (10) pages for a total of thirty (30) pages.

**WHEREFORE**, Defendants respectfully request that This Court grant their Motion to Exceed the Page Limit by ten (10) pages to file a Joint Motion to Dismiss up to thirty (30) pages in length.

### Local Rule 7.1 Certification

Undersigned counsel for Defendants conferred with Lilly's counsel regarding the relief requested in this motion. The parties were unable to resolve the issue. Lilly takes no position on the requested relief.

Dated: August 4, 2026

Respectfully submitted,

**POLSINELLI PC**

By:    */s/ Henry H. Bolz, IV*
       **Henry H. Bolz, IV**
       Florida Bar No. 43350

315 S. Biscayne Blvd., Suite 400
Miami, Florida 33131
Telephone: (305) 921-1811
hbolz@polsinelli.com
FLdocketing@polsinelli.com

**Adrienne Frazior** (*pro hac vice*)
Texas Bar No. 24059546
4020 Maple Ave., Suite 300
Dallas, Texas 75219
Telephone: (214) 661-5596
afrazior@polsinelli.com

**Andrew J. Ennis** (*pro hac vice*)
Kansas Bar No. 22445
Missouri Bar No. 57713
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: (816) 374-0567
aennis@polsinelli.com

**Dayna Staron** (*pro hac vice pending*)
Illinois Bar No. 6317971
150 N. Riverside Plaza, Suite 3000
Chicago, Illinoi 60606
Telephone: (312) 463-6348
dstaron@polsinelli.com

Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed with the clerk of court and has been served upon all counsel of record on August 4, 2026 via the Court's CM/ECF system.

/s/ Henry H. Bolz, IV
Henry H. Bolz, IV

3