# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELI LILLY AND COMPANY,

       Plaintiff,

v.

DRUGPLACE, INC. (FL); DRUGPLACE, INC.(TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS LLC; GALAXY MED, LLC d/b/a GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; KEVIN SINGER; PAUL LEIGHT; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; DANIELLE GISCOMBE

       Defendants.

CASE NO.: 1:26-cv-23516-FAM

**DECLARATION OF DANIELLE GISCOMBE**
**IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2)**

Pursuant to 28 U.S.C. § 1746, I, Danielle Giscombe, declare under the penalty of perjury as follows:

1. My name is Danielle Giscombe. I am a resident of the State of Texas and above the age of 18.

2. In 2013, I received a pharmacy technician license from the State of Texas.

3. Starting in May 2022, I was the Pharmaceutical Wholesale Manager at Brightline Wholesale LLC in Houston, Texas. A few months later, I became a part-time pharmacy technician at Galaxy Pharmacy, also located in Houston, Texas.

**Declaration of Danielle Giscombe**
**in Support of Motion to Dismiss**

4.      From at least January 1, 2020, through the date of this Declaration, my permanent place of residence has been in Humble, Texas.

5.      I have never resided in the State of Florida.  I have never owned any property in the State of Florida. I have never worked or solicited business in the State of Florida.  I have never paid taxes in the State of Florida. I have never had a driver's license issued by the State of Florida. I have never voted in the State of Florida. I have no bank accounts or business licenses maintained in the State of Florida. I have no dedicated telephone listing, mailing address, or P.O. box in the state of Florida.

6.      I have no registered agent for service of process in the State of Florida.  I was served process of the Complaint at my residence in Humble, Texas.

7.      In the course of my duties at Brightline and Galaxy, I never traveled to Florida or conducted any business in Florida. I have never been to DrugPlace's offices in Florida.

8.      Since 2020, I have traveled to Florida only on limited occasions to visit family and embark on cruise ships departing from ports in Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _6_ day of August, 2026 in Humble, Texas.

Danielle Giscombe

**Declaration of Danielle Giscombe
in Support of Motion to Dismiss**                                                                                2