**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELI LILLY AND COMPANY,

     Plaintiff,

v.                                      CASE NO.: 1:26-cv-23516-FAM

DRUGPLACE, INC. (FL); DRUGPLACE,
INC.(TN); COMMUNITY HEALTH
INITIATIVE, INC.; NAKORN WHOLESALERS
LLC; GALAXY MED, LLC d/b/a GALAXY
PHARMACY; BRIGHTLINE WHOLESALE
LLC; KEVIN SINGER; PAUL LEIGHT;
READUS SMITH; JERRY MAYNARD SR.;
JERRY MAYNARD JR.; MISHA MAYNARD;
EDGAR ENRIQUEZ; LANE MAZEI;
DANIELLE GISCOMBE

     Defendants.

_____/

**[PROPOSED] ORDER GRANTING DEFENDANT DANIELLE GISCOMBE'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO**
**<u>FEDERAL RULE OF CIVIL PROCEDURE 12(B)(2)</u>**

THIS MATTER is before the Court on Defendant Giscombe's Motion to Dismiss Plaintiff's Complaint.

The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

Defendant Giscombe's motion is GRANTED. Plaintiff's claims against Ms. Giscombe are DISMISSED WITH PREJUDICE in their entirety.

DONE AND ORDERED in Chambers, Miami, Florida, this ___ day of _____, 2026.

                                   _____

                                   FEDERICO A. MORENO
                                   UNITED STATES DISTRICT JUDGE