**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELI LILLY AND COMPANY,

Plaintiff,

v. CASE NO.: 1:26-cv-23516-FAM

DRUGPLACE, INC. (FL); DRUGPLACE, INC.(TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS LLC; GALAXY MED, LLC d/b/a GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; KEVIN SINGER; PAUL LEIGHT; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; DANIELLE GISCOMBE

Defendants.

_____________________________/

**[PROPOSED] ORDER GRANTING DEFENDANTS GALAXY MED, LLC, BRIGHTLINE WHOLESALE LLC, READUS SMITH, LANE MAZEI AND DANIELLE GISCOMBE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

THIS MATTER is before the Court on the Defendants' Motion to Dismiss Plaintiff's Complaint.

The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS AND ADJUDGES as follows:

Defendants' motion is GRANTED. Plaintiff's claims against Defendants Galaxy Med, LLC, Brightline Wholesale LLC, Readus Smith, Lane Mazei, and Danielle Giscombe are DISMISSED WITH PREJUDICE in their entirety.

DONE AND ORDERED in Chambers, Miami, Florida, this ___ day of ________, 2026.

_____________________________
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE