An official website of the United States government Here's how you know



**Result 1 of 1** for 77235471



## Trademark

ReadyHealthcare Services

**Wordmark**
READYHEALTHCARE SERVICES

**Serial number**
77235471

**Registration number**
N/A

**Filing date**
2007-07-21

**Registration date**
N/A

**Status**
DEAD ABANDONED

**Status date**
2008-06-06

**Registration type**
PRINCIPAL

**Case status**
Abandoned because the applicant failed to respond or filed a late response to an Office action.

**Publication date**
N/A

**Class**
044

**TM5 Status**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

## Goods and services

Expand all

IC 044: (Based on Use in Commerce) Providing health care information by telephone and the internet; Providing medical information, consultancy and... | **First Use Anywhere:** *January 09, 2007* | **First Use in Commerce:** *January 09, 2007*

## Current owner

### Name

READY HEALTHCARE SERVICES CORPORATION

### Address

4300 Clarksville Pike
Nashville TENNESSEE 37218
UNITED STATES OF AMERICA

### Entity type

CORPORATION

### Organized

TENNESSEE

### Ownership transitions

No assignments

## Mark information

### Mark literal element

READYHEALTHCARE SERVICES

### Standard character claim

N/A

### Mark type

SERVICE MARK

### Mark drawing code

(3) Words plus design

### Description

The color(s) grey, black, light blue, purple, tan, white, and magenta is/are claimed as a feature of the mark.

The mark consists of the word "ReadyHealthcare" in grey lettering; the word "Services" in black, italicized lettering below "ReadyHealthcare" and in different, slightly smaller lettering; four colored slightly elongated lozenge shaped ovals forming a square but with the points of the square shape at 90 degrees perpendicular and horizontal, the coloring of each lozenge shape begins in the middle as white and darkens evenly to the outside of each shape, the upper left shape is magenta in color, the upper right shape is purple in color, the lower left shape is light blue in color, and the lower right shape is tan in color.

### Translation

N/A

### Transliteration

N/A

### Disclaimer

N/A

### Design codes

26.03.14 - Ovals, three or more; Three or more ovals

26.03.21 - Ovals that are completely or partially shaded

26.07.03 - Diamonds, incomplete or divided in the middle; Incomplete diamonds or divided in the middle

26.07.28 - Diamond shapes (miscellaneous overall shape); Miscellaneous designs with overall diamond shape, including letters forming or comprising a diamond

## Basis information

**Filed**
1(a)

**Currently**
1(a)

## Attorney information

**Name**
Jerry Marnard

**Address**
N/A

**Primary email**
jerry@maynardforcouncil.com

**Docket number**
N/A

## Correspondence information

**Name**
JERRY MARNARD

**Address**
DURHAM & DREAD PLC
1709 19TH AVE S
NASHVILLE TENNESSEE 37212-3701
UNITED STATES

**Email**
jerry@maynardforcouncil.com

## Prosecution history and documents

Documents only

**Date** 2008-06-06

**Description** ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND

**Document**

**Proceeding**

**Date** 2008-06-06

**Description** ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE

**Document**

**Proceeding**

**Date** 2008-06-06

**Description** Notice of Abandonment

**Document** Notice of Abandonment

**Proceeding**

**Date** 2007-10-31

**Description** NOTIFICATION OF NON-FINAL ACTION E-MAILED

**Document**

**Proceeding**

**Date** 2007-10-31

**Description** NON-FINAL ACTION E-MAILED

**Document**

**Proceeding**

Items per page: 5 1 – 5 of 15

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

N/A

### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act

Follow us