An official website of the United States government Here's how you know

Sign in

## Trademark search

Home > Search results > Details

Help

Wordmark

Search for marks that contain a specific word

**Result 1 of 1** for 77234434

← Search results Print/Save

### Trademark

### Wordmark
COGIC DEPARTMENT OF HEALTH

### Serial number
77234434

### Registration number
3401356

### Filing date
2007-07-20

### Registration date
2008-03-25

### Status
DEAD CANCELLED

### Status date
2014-10-31

### Registration type
PRINCIPAL

### Case status
Registration cancelled because registrant did not file an acceptable declaration under Section 8.

### Publication date
2008-01-08

### Class
044

### TM5 Status

DEAD/REGISTRATION/Cancelled/Invalidated

The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry.

## Goods and services

Expand all

IC 044: [ Providing health care information by telephone and the internet; Providing medical information; Providing medical information, consultancy... | **First Use Anywhere:** *January 09, 2007* | **First Use in Commerce:** *January 09, 2007*

## Current owner

### Name

READY HEALTHCARE SERVICES CORPORATION

### Address

4300 Clarksville Pike
Nashville TENNESSEE 37218
UNITED STATES OF AMERICA

### Entity type

CORPORATION

### Organized

TENNESSEE

### Ownership transitions

No assignments

## Mark information

### Mark literal element

COGIC DEPARTMENT OF HEALTH

### Standard character claim

N/A

### Mark type

SERVICE MARK

### Mark drawing code

(3) Words plus design

### Description

The color(s) black, white, purple is/are claimed as a feature of the mark.

The mark consists of black, bold, lowercase lettering of the word "COGIC" with a white cross in the middle of the "o"; a purple line just under and to the right of the word "COGIC" with 3 peaks and 2 valleys resembling an EKG readout; the phrase "Department of Health" is written below "COGIC" in much smaller, italicized lettering in black.

### Translation

N/A

### Transliteration

N/A

### Disclaimer

"DEPARTMENT OF HEALTH"

### Design codes

17.07.25 - EKG heartbeat monitors, oscilloscopes, and seismographs; Electrogram measurement lines in zig-zag or wave shapes, such as those created by EEG brain wave sensors; Other measuring instruments and readouts, including seismographs, Geiger counters, metal detectors, oscilloscopes, and electrograms like EKGs (heart rate)

24.17.06 - Plus symbol (+)

26.17.10 - Lines, zig-zag; Zig-zag line(s)

## Basis information

**Filed**
1(a)

**Currently**
1(a)

## Attorney information

**Name**
Jerry Marnard

**Address**
N/A

**Primary email**
jerry@maynardforcouncil.com

**Docket number**
N/A

## Correspondence information

**Name**
JERRY MARNARD

**Address**
DURHAM & DREAD PLC
1709 19TH AVE S
NASHVILLE TENNESSEE 37212-3701
UNITED STATES

**Email**
jerry@maynardforcouncil.com

## Prosecution history and documents

Documents only

**Date** 2014-10-31

**Description** CANCELLED SEC. 8 (6-YR)

**Document**

**Proceeding**

---

**Date** 2008-03-25

**Description** REGISTERED-PRINCIPAL REGISTER

**Document**

**Proceeding**

---

**Date** 2008-03-25

**Description** Registration Certificate

**Document** [Registration Certif.]

**Proceeding**

**Date** 2008-01-08

**Description** PUBLISHED FOR OPPOSITION

**Document**

**Proceeding**

**Date** 2007-12-19

**Description** NOTICE OF PUBLICATION

**Document**

**Proceeding**

Items per page: 5 1 – 5 of 26

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

Registration is cancelled


### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us