# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ELI LILLY AND COMPANY,

Plaintiff,

v.

DRUGPLACE, INC. (FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS, LLC; GALAXY MED, LLC D/B/A GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; PAUL LEIGHT; KEVIN SINGER; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; and DANIELLE GISCOMBE,

Defendants.

Case No. 1:26-CV-23516-FAM

**DECLARATION OF DEFENDANT EDGAR ENRIQUEZ**

Defendant Edgar Enriquez hereby submits this Declaration in support of his *Motion to Dismiss Plaintiff's Complaint*, dated August 7, 2026, for lack of personal jurisdiction.

I, Edgar Enriquez, under penalty of perjury, do depose and state as follows:

1. The statements made in this Declaration are based upon my personal knowledge.

2. I am a United States citizen, and a citizen of the State of Tennessee.

3. I reside in Brentwood, Tennessee, U.S.A. I have permanently resided in Brentwood, Tennessee since about 2007. My home in Brentwood is my true, fixed, permanent home to which I have the intention of returning when I am absent from it. I do not have plans to move or otherwise change my permanent residence to a location outside of the State of Tennessee.

4. I am licensed to drive in the State of Tennessee. I pay applicable taxes to the State of Tennessee, and to no other state.

5. Between about 2007 until February 2026, I was employed by Nakorn Wholesalers

LLC's ("Nakorn") as its warehouse manager. Nakorn's address was 1400 Donelson Pike, Nashville, Tennessee. I have never had any ownership interest in Nakorn. My duties and responsibilities as Nakorn's warehouse manager consisted of office administration, overseeing the receiving and storing of pharmaceutical products, and supervising Nakorn's employees. To the best of my personal knowledge during my employment with Nakorn, Nakorn did not deliver any of Eli Lilly's Trulicity products to any customer in Florida.

6. Since 2020 through 2025, the time period alleged in Eli Lilly's Complaint [D.E. 1 at ¶ 109], I have never visited Florida in connection with my duties as Nakorn's warehouse manager. Rather, during the aforementioned time period, I have visited the State of Florida approximately one time per year for about a week to visit my mother during her birthday. Nakorn has not obtained any new customers or business as a result of my personal visits to see my mother as described above.

7. I would be greatly inconvenienced if required to attend trial or proceedings in Florida as I do not work or live in Florida and have never conducted business on behalf of Nakorn in any way in Florida. Having to travel from Tennessee to Florida to attend proceedings would significantly interrupt my personal life and create an undue burden on my finances related to travel costs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 6, 2026.

Signed: [signature]
Edgar Enriquez