# EXHIBIT 1

An official website of the United States government Here's how you know



**Result 1 of 1** for 77235468



**Trademark**

**Wordmark**
DRUGPLACE

**Serial number**
77235468

**Registration number**
N/A

**Filing date**
2007-07-21

**Registration date**
N/A

**Status**
DEAD ABANDONED

**Status date**
2008-06-06

**Registration type**
PRINCIPAL

**Case status**
Abandoned because the applicant failed to respond or filed a late response to an Office action.

**Publication date**
N/A

**Class**
044

**TM5 Status**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

## Goods and services

Expand all

IC 044: (Based on Use in Commerce) Providing health care information by telephone and the internet; Providing medical information; Medical... | **First Use Anywhere:** *January 09, 2007* | **First Use in Commerce:** *January 09, 2007*

## Current owner

### Name
READY HEALTHCARE SERVICES CORPORATION

### Address
4300 Clarksville Pike
Nashville TENNESSEE 37218
UNITED STATES OF AMERICA

### Entity type
CORPORATION

### Organized
TENNESSEE

### Ownership transitions
No assignments

## Mark information

### Mark literal element
DRUGPLACE

### Standard character claim
N/A

### Mark type
SERVICE MARK

### Mark drawing code
(3) Words plus design

### Description
The color(s) black, khaki, lighter khaki, dark teal-blue is/are claimed as a feature of the mark.

The mark consists of the word "drugplace" in bold, stylized, italicized, lower-case lettering with "drug" in a medium-light khaki color and "place" in black; surrounding the word "drugplace" are two separate arcs which get progressively thicker as the lines move counter-clockwise; these arcs create an oval shape around the word "drugplace"; the left arc is a khaki color and begins above the "u" and ends below the "p"; the right arc is dark teal-blue and begins just above and before the left arc ends and ends just above and just after the left arc begins.

### Translation
N/A

### Transliteration
N/A

### Disclaimer
N/A

### Design codes
26.03.03 - Incomplete ovals; Ovals, incomplete

26.17.09 - Bands, curved; Bars, curved; Curved line(s), band(s) or bar(s); Lines, curved

## Basis information

**Filed**
1(a)

**Currently**
1(a)

## Attorney information

**Name**
Jerry Marnard

**Address**
N/A

**Primary email**
jerry@maynardforcouncil.com

**Docket number**
N/A

## Correspondence information

**Name**
JERRY MARNARD

**Address**
DURHAM & DREAD PLC
1709 19TH AVE S
NASHVILLE TENNESSEE 37212-3701
UNITED STATES

**Email**
jerry@maynardforcouncil.com

## Prosecution history and documents

Documents only

**Date** 2008-06-06

**Description** ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND

**Document**

**Proceeding**

**Date** 2008-06-06

**Description** ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE

**Document**

**Proceeding**

**Date** 2008-06-06

**Description** Notice of Abandonment

**Document** Notice of Abandonment

**Proceeding**

**Date** 2007-10-31

**Description** NOTIFICATION OF NON-FINAL ACTION E-MAILED

**Document**

**Proceeding**

**Date** 2007-10-31

**Description** NON-FINAL ACTION E-MAILED

**Document**

**Proceeding**

Items per page: 5 1 – 5 of 15

## Proceedings

N/A

## International registration (Section 66a)

N/A

## Foreign information

N/A

## Maintenance information

N/A


### Receive updates from the USPTO

Enter your email to subscribe or update your preferences

your@email.com Subscribe

About the USPTO • Search for patents • Search for trademarks

US Department of Commerce
Accessibility
Privacy Policy
Terms of Use
Financial and Performance Data
Freedom of Information Act
Inspector General
NoFEAR Act
USA.gov

Follow us