**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELI LILLY AND COMPANY,

Plaintiff,

Case No.: 1:26-cv-23516-FAM

v.

DRUGPLACE, INC. (FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS, LLC; GALAXY MED, LLC D/B/A GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; PAUL LEIGHT; KEVIN SINGER; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; and DANIELLE GISCOMBE,

Defendants.
_______________________________________________/

**ORDER GRANTING DEFENDANT JERRY MAYNARD SR.'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

THIS CAUSE came before this Court upon Defendant Jerry Maynard Sr.'s Motion to Dismiss Plaintiff's Complaint filed August 7, 2026 (the "Motion"), (ECF No. 116). This Court has reviewed the record and Motion and is otherwise fully advised as to the premises. Accordingly, it is

ORDERED AND ADJUDGED that:

1. The Motion, (ECF No. 116), is GRANTED.

2. Plaintiff's Complaint against Jerry Maynard Sr. (ECF No. 1) is dismissed with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of August, 2026.

___________________________
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record