**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELI LILLY AND COMPANY,

Plaintiff,

Case No.: 1:26-cv-23516-FAM

v.

DRUGPLACE, INC. (FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS, LLC; GALAXY MED, LLC D/B/A GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; PAUL LEIGHT; KEVIN SINGER; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; and DANIELLE GISCOMBE,

Defendants.
_______________________________________________/

**ORDER GRANTING MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS AS TO JERRY MAYNARD SR., JERRY MAYNARD II, AND EDGAR ENRIQUEZ**

**THIS CAUSE** came before the Court upon Defendant Jerry Maynard Sr.'s, Jerry Maynard II's, and Edgar Enriquez's Motion to Stay Discovery Pending Resolution of Motions to Dismiss (ECF No.117) ("Motion").

**THE COURT** has considered the Motion, the response, and the pertinent portions of the record, and being otherwise fully advised on the premises, it is **ORDERED** that the Motion is **GRANTED**. All discovery and discovery-related matters, including conferences to be held pursuant to Federal Rule of Civil Procedure 16(b) or 26(f), shall be **STAYED** until the Court

resolves Jerry Maynard Sr.'s, Jerry Maynard II's, and Edgar Enriquez's pending motions to dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of August, 2026.

___________________________
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record



#542893000_v1