UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 26-23516-CIV-MORENO**

ELI LILLY AND COMPANY,

        Plaintiff,

vs.

DRUGPLACE, INC (FL), DRUGPLACE, INC
(TN), COMMUNITY HEALTH INITIATIVE,
INC., NAKORN WHOLESALERS, LLC,
GALAXY MED, LLC doing business as
GALAXY PHARMACY, BRIGHTLINE
WHOLESALE LLC, PAUL LEIGHT, KEVIN
SINGER, READUS SMITH, JERRY
MAYNARD SR., JERRY MAYNARD JR.,
MISHA MAYNARD, EDGAR ENRIQUEZ,
LANE MAZEI, DANIELLE GISCOMBE,

        Defendants.

_____/

## ORDER GRANTING IN PART DEFENDANTS' MOTION TO STAY DISCOVERY AND ORDER SETTING HEARING ON DEFENDANTS' MOTIONS TO DISMISS

THIS CAUSE came before the Court upon Defendants' Motion to Stay Discovery Pending Resolution of Motions to Dismiss **(D.E. 117)**, filed on **August 7, 2026**. It is

**ADJUDGED** that oral argument regarding the Motions to Dismiss shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **September 23, 2026, at 2:00 PM**.   Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate. It is further

**ADJUDGED** that Defendants' Motion to Stay is **GRANTED IN PART**. All discovery and discovery-related matters shall be **STAYED** until the Court's hearing on the Motions to Dismiss set for September 23, 2026.

DONE AND ORDERED in Chambers at Miami, Florida, this __10th__ of August 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2