**APPENDIX A**

| | Entity | Status of Production | Date of Subpoena | Return Date | First Production Date |
|---|---|---|---|---|---|
| | | **Awaiting Responsive Documents** | | | |
| 1. | American Express | Anticipate responsive documents to be produced. | June 15, 2026 | June 24, 2026 | Pending |
| 2. | American Express National Bank | Anticipate responsive documents to be produced. | June 15, 2026 | June 24, 2026 | Pending |
| 3. | American Express Travel Related Services Company, Inc. | Anticipate responsive documents to be produced. | June 15, 2026 | June 24, 2026 | Pending |
| 4. | The Bank of New York Mellon | Anticipate responsive documents to be produced. | June 12, 2026 | June 23, 2026 | Pending |
| 5. | Bessemer Trust Company of Florida | Anticipate responsive documents to be produced. | June 23, 2026 | June 30, 2026 | Pending |
| 6. | The Clearing House Payments Company | Anticipate responsive documents to be produced. | July 9, 2026 | July 14, 2026 | Pending |
| 7. | Merrill Lynch, Pierce, Fenner & Smith Incorporated | Anticipate responsive documents to be produced. | July 10, 2026 | July 16, 2026 | Pending |
| 8. | MetLife, Inc. | Anticipate responsive documents to be produced. | June 15, 2026 | June 24, 2026 | Pending |
| | | **Received Responsive Documents** | | | |
| 9. | Bank of America, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 24, 2026 |
| 10. | BankUnited, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 29, 2026 |
| 11. | Barwick Banking Company | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 15, 2026 |
| 12. | CapitalOne, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 30, 2026 |
| 13. | Charles Schwab | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 24, 2026 |
| 14. | Citibank, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 20, 2026 |
| 15. | Citizens Bank, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 16, 2026 |
| 16. | Citizens Savings Bank and Trust Company | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 30, 2026 |
| 17. | Coinbase, Inc. | Produced responsive documents. | June 15, 2026 | June 24, 2026 | August 4, 2026 |
| 18. | Community Federal Savings Bank | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 24, 2026 |
| 19. | Deutsche Bank Trust Company Americas | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 20, 2026 |

| | | | | | |
|---|---|---|---|---|---|
| 20. | Edmonton State Bank | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 18, 2026 |
| 21. | Evolve Bank & Trust | Produced responsive documents. | June 15, 2026 | June 24, 2026 | July 17, 2026 |
| 22. | FanDuel | Produced responsive documents. | June 15, 2026 | June 24, 2026 | July 14, 2026 |
| 23. | Fidelity Investments | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 30, 2026 |
| 24. | Fifth Third Bank, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 29, 2026 |
| 25. | First American Bank | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 1, 2026 |
| 26. | First Horizon Bank | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 30, 2026 |
| 27. | First National Bank of Omaha | Produced responsive documents. | June 15, 2026 | June 24, 2026 | July 20, 2026 |
| 28. | FirstBank Puerto Rico | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 13, 2026 |
| 29. | Gemini | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 16, 2026 |
| 30. | Guardian Life | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 29, 2026 |
| 31. | Hard Rock Bet | Produced responsive documents. | June 15, 2026 | June 24, 2026 | July 1, 2026 |
| 32. | HSBC Bank USA, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 29, 2026 |
| 33. | JPMorgan Chase Bank, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 6, 2026 |
| 34. | Lincoln Financial | Produced responsive documents. | June 15, 2026 | June 24, 2026 | July 9, 2026 |
| 35. | LPL Financial | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 24, 2026 |
| 36. | Massachusetts Mutual Life Insurance Company | Produced responsive documents. | June 15, 2026 | June 24, 2026 | July 24, 2026 |
| 37. | Metropolitan Commercial Bank | Produced responsive documents. | June 12, 2026 | June 23, 2026 | August 3, 2026 |
| 38. | Morgan Stanley | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 30, 2026 |
| 39. | PayPal, Inc. | Produced responsive documents. | July 10, 2026 | July 16, 2026 | July 15, 2026 |
| 40. | Peoples Bank | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 18, 2026 |
| 41. | Prudential Financial | Produced responsive documents. | June 15, 2026 | June 24, 2026 | July 22, 2026 |
| 42. | Regions Bank | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 14, 2026 |

| | | | | | |
|---|---|---|---|---|---|
| 43. | Republic Bank & Trust Company | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 15, 2026 |
| 44. | Space Coast Credit Union | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 26, 2026 |
| 45. | Stifel Nicolaus | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 26, 2026 |
| 46. | Studio Bank | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 22, 2026 |
| 47. | Synchrony Bank | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 19, 2026 |
| 48. | TCM Bank, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 22, 2026 |
| 49. | Truist Bank | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 26, 2026 |
| 50. | UBS | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 25, 2026 |
| 51. | United Community Bank | Produced responsive documents. | June 12, 2026 | June 23, 2026 | June 29, 2026 |
| 52. | Unum Group | Produced responsive documents. | June 15, 2026 | June 24, 2026 | June 26, 2026 |
| 53. | USAA Federal Savings Bank | Produced responsive documents. | June 15, 2026 | June 24, 2026 | July 6, 2026 |
| 54. | VyStar Credit Union | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 3, 2026 |
| 55. | Wells Fargo Bank, National Association | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 21, 2026 |
| 56. | Woodforest National Bank | Produced responsive documents. | June 12, 2026 | June 23, 2026 | July 1, 2026 |