# EXHIBIT 3

**From:** Andrew Ennis <AEnnis@Polsinelli.com>
**Sent:** Wednesday, June 17, 2026 2:34 PM
**To:** Potter, Geoffrey (x2050) <gpotter@pbwt.com>; Kipnees, Joshua (x2838) <jkipnees@pbwt.com>; Hoon, Megha (x2342) <mhoon@pbwt.com>
**Cc:** Adrienne Frazior <afrazior@polsinelli.com>
**Subject:** Lilly v. DrugPlace, et al; Third Party Subpoenas

**External: Think before you click.**

All,

We have learned of one or more third party subpoenas that have been issued. I wanted to follow up to clarify our position on a couple of points from our stipulation. First, though we agreed that Lilly need not provide prospective notice of its intent to serve third party subpoenas under the federal and local rules, the DrugPlace Defendants do still expect to be provided copies of subpoenas Lilly serves. And to avoid any confusion down the road, the DrugPlace Defendants expect that Lilly will promptly provide copies of all records received in response to a subpoena, as required under the federal rules.

Please provide copies of all subpoenas Lilly has served to date at your earliest convenience. Going forward, in light of the potentially short turn times for these subpoenas, the DrugPlace Defendants ask that Lilly provide copies within two days after service.

Thanks.

Andrew

**Andrew J. Ennis**
*Shareholder*

aennis@polsinelli.com
**816.374.0567 direct**
**913.486.9474 mobile**
900 W. 48th Place, Suite 900
Kansas City, MO 64112

*"Tier One: Nationally ranked for Commercial Litigation, U.S.News and World Report's 2021 'Best Law Firms'"*

Polsinelli PC, Polsinelli LLP in California

polsinelli.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the

person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer do not consent to receiving email messages of this kind.

---