# EXHIBIT 6

*TO BE FILED*
*UNDER SEAL UPON*
*COURT APPROVAL*