**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELI LILLY AND COMPANY,

**CASE NO.: 1:26-CV-23516-FAM (EFD)**

Plaintiff,

v.

DRUGPLACE, INC.(FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS LLC; GALAXY MED, LLC d/b/a GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; KEVIN SINGER; PAUL LEIGHT; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; DANIELLE GISCOMBE,

Defendants.

_______________________________________/

## PLAINTIFF'S MOTION TO SEAL

Pursuant to Local Rule 5.4 and the Protective Order entered in this case (Dkt. No. 70), Plaintiff Eli Lilly and Company ("Lilly") respectfully moves this Court for an order permitting Lilly (1) to file under seal Exhibits 1, 2, 6, 7, and 8 to the Declaration of Geoffrey Potter ("Potter Declaration"); (2) to file with redactions its Opposition to Motion for Protective Order ("Opposition"); and (3) to file with redactions the Declaration of William B. Waldie ("Waldie Declaration"), and Exhibits A, B, C, and D to the Waldie Declaration.

All of the information sought to be sealed or redacted is material that Defendants—not Lilly—have designated as Confidential Information under the Protective Order.

## ARGUMENT

Lilly seeks leave to seal Exhibits 1, 2, 6, 7, and 8 to the Potter Declaration, filed in connection with its Opposition (together, the "Proposed Sealed Material"). Lilly also seeks leave to maintain redacted versions of the Opposition, Waldie Declaration, and Exhibits A, B, C,

and D to the Waldie Declaration (together, the "Proposed Redacted Material"). The material in question contains information that Defendants have designated as Confidential and/or Highly Confidential – Attorneys' Eyes Only under the Protective Order. *See* Dkt. No. 70 ¶ 1(a)-(b).

Specifically, the Potter Declaration attaches two deposition transcripts from DrugPlace's former pharmacists that discuss Defendants' internal operations (Exhibits 1 and 2), wire transfers with bank account information (Exhibits 6 and 7), and bank statements (Exhibit 8) that Defendants designated as Confidential and/or Highly Confidential – Attorneys' Eyes Only pursuant to the Protective Order. Dkt. No. 70. The Waldie Declaration attaches a list of financial records (Exhibit A), a list of bank accounts and transactions (Exhibits B and C), and financial transaction information from bank statements, deposit details, and property records (Exhibit D) that similarly contain redacted information that Defendants have designated as Highly Confidential – Attorneys' Eyes Only Information. The Opposition and Waldie Declaration reference the substance of the exhibits, and as such contain limited redactions.

Although Lilly does not believe Defendants' privacy interests (if any) in the subject testimony or bank records overcome the presumption of public access to judicial documents, *see, e.g.*, *United States v. Miller*, 425 U.S. 435, 440–41 (1976); *Newman v. Graddick*, 696 F.2d 796, 803 (11th Cir. 1983), Defendants' confidentiality designations require Lilly to move to seal these materials in accordance with the Protective Order entered in this action. *See* Dkt. No. 70 ¶ 5(a) (requiring counsel for the receiving party to use reasonable efforts to limit the disclosure of Confidential Information to the minimum number of persons eligible to receive such information).

## CONCLUSION

For the foregoing reason, Lilly respectfully requests that the Court enter an order permitting Lilly to file under seal the Proposed Sealed Material. Lilly further requests that the Court permit Lilly to maintain redacted versions of the Proposed Redacted Material on the public docket.

DATED: August 14, 2026

**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**

*/s/ Jay B. Shapiro*
Jay B. Shapiro, Esq. (FBN 776361)
Email: jshapiro@stearnsweaver.com
Veronica L. de Zayas, Esq. (FBN 91284)
Email: vdezayas@stearnsweaver.com
Ryan M. Wolis, Esq. (FBN 1019034)
Email: rwolis@stearnsweaver.com
150 W. Flagler St., Suite 2200, Miami, FL 33130
Telephone: 305-789-3200

and

**PATTERSON BELKNAP WEBB & TYLER LLP**

*/s/ Geoffrey Potter*
Geoffrey Potter, Esq. (Admitted *PHV*)
Email: gpotter@pbwt.com
Aron Fischer, Esq. (Admitted *PHV*)
Email: afischer@pbwt.com
Joshua Kipnees, Esq. (Admitted *PHV*)
Email: jkipnees@pbwt.com
1133 Avenue of the Americas, New York, NY 10036
Telephone: 212-336-2000

*Attorneys for Plaintiff Eli Lilly and Company*