UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 26-23516-CIV-MORENO**

ELI LILLY AND COMPANY,

Plaintiff,

vs.

DRUGPLACE, INC (FL), DRUGPLACE, INC (TN), COMMUNITY HEALTH INITIATIVE, INC., NAKORN WHOLESALERS, LLC, GALAXY MED, LLC doing business as GALAXY PHARMACY, BRIGHTLINE WHOLESALE LLC, PAUL LEIGHT, KEVIN SINGER, READUS SMITH, JERRY MAYNARD SR., JERRY MAYNARD JR., MISHA MAYNARD, EDGAR ENRIQUEZ, LANE MAZEI, DANIELLE GISCOMBE,

Defendants.
_______________________________________/

**ORDER DENYING AS MOOT DEFENDANTS' MOTION TO CONTINUE AND RESET HEARING ON PENDING MOTIONS TO DISMISS**

THIS CAUSE came before the Court upon Defendants' Unopposed Motion to Continue and Reset Hearing on Pending Motions to Dismiss **(D.E. 134)**, filed on **August 21, 2026**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED AS MOOT. The Court cancels the hearing and will rule on the Defendants' Motions to Dismiss based on the pleadings.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 of August 2026.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record