**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELI LILLY AND COMPANY, **CASE NO.: 1:26-CV-23516-FAM (EFD)**

Plaintiff,

v.

DRUGPLACE, INC.(FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS LLC; GALAXY MED, LLC d/b/a GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; KEVIN SINGER; PAUL LEIGHT; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; DANIELLE GISCOMBE, DANIEL HOFFNER; and TEXAS PHARMACY ENTERPRISE, LLC,

Defendants, and

CHRISTOPHER DEMARCO; DEMARCO LANDSCAPE DESIGN GROUP, LLC; GLOBUS INDUSTRIES, LLC; ROCKAWAY INVESTMENTS, INC.; U.S. HEALTHCARE DISTRIBUTORS, LLC.,

Relief Defendants.
_______________________________________/

**AMENDED DECLARATION OF GEOFFREY POTTER IN SUPPORT OF PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND STAY OF THIRD-PARTY DISCOVERY**[*]

---

[*] This Amended Declaration is substantively identical to the version previously filed at Dkt. No. 125 on August 14, 2026. It is being refiled solely to incorporate additional redactions that Defendants requested after the initial filing was made.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ELI LILLY AND COMPANY,

**CASE NO.: 1:26-CV-23516-FAM (EFD)**

Plaintiff,

v.

DRUGPLACE, INC.(FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS LLC; GALAXY MED, LLC d/b/a GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; KEVIN SINGER; PAUL LEIGHT; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; DANIELLE GISCOMBE,

Defendants.

______________________________________/

**DECLARATION OF GEOFFREY POTTER**

I, Geoffrey Potter, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner of the law firm Patterson Belknap Webb & Tyler LLP, attorneys for Respondent Eli Lilly and Company ("Lilly"). I respectfully submit this declaration in support of Lilly's Opposition to Defendants' Motion for Protective Order.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the July 29, 2026 deposition of Laura Renfro, DrugPlace's former pharmacist from June 2011 to 2013 and December 2016 to February 2026. Ms. Renfro was DrugPlace's pharmacist-in-charge from January 2020 to June 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the July 10, 2026 deposition of Alison Supko, DrugPlace, Inc.'s former pharmacist-in-charge from March 2022 to January 2026.

4. Attached hereto as **Exhibit 3** is a true and correct copy of June 17, 2026 correspondence between counsel for Lilly and counsel for Defendants regarding third party subpoenas.

5. Attached hereto as **Exhibit 4** is a true and correct copy of July 30, 2026 correspondence between counsel for Lilly and counsel for Defendants regarding Defendants' motion for protective order.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Defendant DrugPlace (TN)'s Responses and Objections to Lilly's First Set of Interrogatories, served on July 27, 2026.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an [redacted]

8. Attached hereto as **Exhibit 7** is a is a true and correct copy of an [redacted]

9. Attached hereto as **Exhibit 8** is the [redacted].

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on: August 14, 2026
New York, NY

GEOFFREY POTTER