# EXHIBIT 8

*TO BE FILED*
*UNDER SEAL UPON*
*COURT APPROVAL*