**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:26-CV-23516-FAM (EFD)**

ELI LILLY AND COMPANY,

Plaintiff,

v.

DRUGPLACE, INC.(FL); DRUGPLACE, INC. (TN); COMMUNITY HEALTH INITIATIVE, INC.; NAKORN WHOLESALERS LLC; GALAXY MED, LLC d/b/a GALAXY PHARMACY; BRIGHTLINE WHOLESALE LLC; KEVIN SINGER; PAUL LEIGHT; READUS SMITH; JERRY MAYNARD SR.; JERRY MAYNARD JR.; MISHA MAYNARD; EDGAR ENRIQUEZ; LANE MAZEI; DANIELLE GISCOMBE, DANIEL HOFFNER; and TEXAS PHARMACY ENTERPRISE, LLC,

Defendants, and

CHRISTOPHER DEMARCO; DEMARCO LANDSCAPE DESIGN GROUP, LLC; GLOBUS INDUSTRIES, LLC; ROCKAWAY INVESTMENTS, INC.; U.S. HEALTHCARE DISTRIBUTORS, LLC.,

Relief Defendants.
_______________________________________/

**AMENDED DECLARATION OF WILLIAM WALDIE IN SUPPORT OF PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND STAY OF THIRD-PARTY DISCOVERY***

* This Amended Declaration is substantively identical to the version previously filed at Dkt. No. 126 on August 14, 2026. It is being refiled under seal at Defendants' request.

*TO BE FILED*
*UNDER SEAL UPON*
*COURT APPROVAL*