UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 26-23516-CIV-MORENO**

ELI LILLY AND COMPANY,

Plaintiff,

vs.

DRUGPLACE, INC (FL), DRUGPLACE, INC (TN), COMMUNITY HEALTH INITIATIVE, INC., NAKORN WHOLESALERS, LLC, GALAXY MED, LLC doing business as GALAXY PHARMACY, BRIGHTLINE WHOLESALE LLC, PAUL LEIGHT, KEVIN SINGER, READUS SMITH, JERRY MAYNARD SR., JERRY MAYNARD JR., MISHA MAYNARD, EDGAR ENRIQUEZ, LANE MAZEI, DANIELLE GISCOMBE,

Defendants.

_______________________________________/

**ORDER SETTING HEARING ON MOTION FOR PROTECTIVE ORDER**

THIS CAUSE came before the Court upon Motion for Protective Order by Samuel D. Navon, P.A. **(D.E. 236),** filed on **October 28, 2026**. It is

**ADJUDGED** that hearing shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **November 18, 2026 at 11:30 A.M.** Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd of November 2026.

_______________________________
FEDERICO A. MORENO

UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record